IH-34 Rev:2014-1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**Steven Rawlins**

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

**United States of America**

(List the full name(s) of the defendant(s)/respondent(s).)

19 CV 0135 ( )( )

NOTICE OF CHANGE OF ADDRESS

[Stamp: RECEIVED MAY 21 2020 PRO SE OFFICE]

I hereby notify the Court that my address has changed to the following:

**Rawlins, Steven**
Name (Last, First, MI)

| 16206 Wyndchase Cir. | Franklin | TN | 37067 |
|---|---|---|---|
| Address | City | State | Zip Code |

615.480.8652

Telephone Number

swrawlins56@gmail.com

E-mail Address (if available)

May 14, 2020

Date

[Signature]

Signature

Steve Rawlins
16206 Wyndchase Cir.
Franklin, TN 37067

USMP3

Pro Se Office (Room 200)
500 Pearl Street
New York, NY 10007

NASHVILLE TN 370
15 MAY 2020 PM 3 L

RECEIVED
MAY 21 2020
PRO SE OFFICE



10007-131699