UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__Steven Rawlins__

Write the full name of each plaintiff or petitioner.

No. __0135__ CV __0135__

-against-

__United States of America__

MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

Write the full name of each defendant or respondent.

RECEIVED
MAY 21 2020
PRO SE OFFICE

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on __5/13/2020__.

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ▪ a computer with internet access and a word processor

   type of computer I will be using: __Dell Laptop (Microsoft 10)__

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

    type of word processor I will be using: __Microsoft Word__

- an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- a scanner to convert documents that are only in paper format into electronic files

    scanning equipment I will be using: __HP 3-in-1 printer__

- a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

    version of PDF reader and writer that I will be using:
__Adobe Acrobat__

- a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

__5/14/2020__
Dated

_[Signature]_
Signature

__Steven Rawlins__
Name

__16206 Wyndchase Cir.__    __Franklin__    __TN__    __37067__
Address    City    State    Zip Code

__615.480.8652__    __swrawlins56@gmail.com__
Telephone Number    E-mail Address